IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 2 5 2025

Nathan Ochsner, Clerk of Court

| | § | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:25-mc-01395 |
| Deputy GUSTAVO A. RUIZ-ALMARAZ | § | United States Courts |
| Fort Bend County Sheriff's Office. | § | Southern District of Texas |
| Defendant. | § | FILED |
| | § | *July 31, 2025* |
| | | Nathan Ochsner, Clerk of Court |

## PLAINTIFF'S MOTION TO EXPEDITE PROCEEDINGS

NOW COMES the Plaintiff, Mahmoud Abdelsattar, appearing pro se, respectfully moves this Honorable Court to expedite the proceedings in the above-captioned matter pursuant to Rule 16(b) and Rule 1 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1657, and the Court's inherent authority to manage its docket in the interest of justice.

Due to extraordinary circumstances necessitating his departure from the United States by October 1, 2025, to defend his Ph.D. dissertation in Cairo, Egypt, on October 13, 2025. Plaintiff, an Egyptian national with no source of income, faces significant logistical, financial, and legal challenges, compounded by the dismissal without prejudice of a prior related case (Case No. 4:25-cv-00169) after seven months of diligent efforts. Having been compelled to return to the United States at his own expense to refile this action, Plaintiff seeks expedited scheduling to avoid severe academic and professional consequences.

Pursuant to the Court's inherent authority and in the interest of justice, Plaintiff respectfully requests early deadlines for responsive pleadings, case management, and potential resolution.

1. Plaintiff is an Egyptian national, currently present in the United States on a temporary basis, and is a doctoral candidate and research fellow at Cairo University.

2. Plaintiff is scheduled to defend his **Ph.D. dissertation on October 13, 2025, in Cairo, Egypt**. Preparation and travel necessitate Plaintiff's departure from the United States **no later than October 1, 2025.**

3. Plaintiff is representing himself pro se and faces significant logistical and legal challenges due to his non-resident status, lack of legal training, and limited access to procedural resources.

This matter was previously filed before this Court under **Case No. 4:25-cv-00169**, and **the Honorable Judge George C. Hanks, Jr**. That case was dismissed without prejudice due to service-related issues, despite Plaintiff's good faith efforts to effect service over a period of seven months.

4. In the previous case, Plaintiff was granted in forma pauperis status, and under Rule 4(c)(3) of the Federal Rules of Civil Procedure, the Court had discretion to order service by the U.S. Marshal. Due to administrative communication gaps and Plaintiff's understanding from court staff, he proceeded with service efforts independently, resulting in procedural complications.

5. Plaintiff was compelled to return to the United States at his own expense to refile this action, incurring significant financial and personal hardship.

6. Plaintiff previously submitted a motion for electronic filing access under special pro se permission but was denied, as the CM/ECF system is restricted to licensed attorneys, despite court rules permitting such access for good cause. This denial delayed Plaintiff's filings and increased the burden of litigation.

7. Plaintiff also filed a motion requesting the appointment of volunteer counsel due to financial hardship and the complexity of the legal proceedings. That motion was not acted upon in the prior case, leaving Plaintiff at a significant disadvantage.

8. Plaintiff currently has no source of income and has faced substantial hardship since the alleged incident **on October 2, 2024.** Remaining in the United States without financial or institutional support imposes significant personal and financial risk.

9. Failure to depart the United States by October 1, 2025, could result in Plaintiff forfeiting his scheduled dissertation defense, delaying the completion of his doctoral degree by **at least one academic year** and causing severe professional and academic consequences.

In light of the foregoing, Plaintiff respectfully requests that this Court expedite the litigation schedule or, at a minimum, set early deadlines for responsive pleadings, case

management, and potential resolution to accommodate Plaintiff's extraordinary circumstances.

**WHEREFORE**, Plaintiff respectfully prays that this Honorable Court grant this Motion to Expedite Proceedings and issue an order advancing the scheduling or resolution of this case in a timely manner consistent with Plaintiff's circumstances.

**Respectfully submitted,**

_____
Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
14400 US-59, Humble, unit 1409
TX 77396
Email:
M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972
Date : July 25th , 2025
Signtuer: