UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 3 1 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, Plaintiff, | § § § § § |
| VS. | § CIVIL ACTION NO. 4:25-CV-03554 |
| GUSTAVO A RUIZ-ALMARAZ, Defendant. | § § § § |

## APPLICATION FOR ISSUANCE OF SUMMONS AND U.S. MARSHAL SERVICE PURSUANT TO 28 U.S.C. § 1915(D)

NOW COMES the Plaintiff, Mahmoud Abdelaziz Abdelsattar, appearing pro se, and respectfully submits this request for the issuance of summons and for service by the United States Marshal in the above-captioned matter currently pending before this Honorable Court.

This action arises under **42 U.S.C. § 1983** and alleges serious constitutional violations committed by the defendant, a county law enforcement officer, in his **individual capacity.** The defendant is not a federal employee or officer and is not being sued in any federal official capacity.

Accordingly, the applicable time for the defendant's response is governed by **Federal Rule of Civil Procedure 12(a)(1)(A)(i),** which states: "A defendant must serve an answer within **21 days** after being served with the summons and complaint."