# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 0 1 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, Plaintiff, | § § § § |
| VS. | § CIVIL ACTION NO.4:25- CV-03554 |
| GUSTAVO A RUIZ-ALMARAZ, Defendant. | § § § § § |

## AFFIDAVIT FOR ISSUANCE OF SUMMONS AND U.S. MARSHAL SERVICE PURSUANT TO 28 U.S.C. § 1915(D)

NOW COMES the Plaintiff, Mahmoud Abdelaziz Abdelsattar, appearing pro se, and respectfully submits this request for the issuance of summons and for service by the United States Marshal in the above-captioned matter currently pending before this Honorable Court.

This action arises under **42 U.S.C. § 1983** and alleges serious constitutional violations committed by the defendant, a county law enforcement officer, in his **individual capacity.** The defendant is not a federal employee or officer and is not being sued in any federal official capacity.

Accordingly, the applicable time for the defendant's response is governed by **Federal Rule of Civil Procedure 12(a)(1)(A)(i),** which states: "A defendant must serve an answer within **21 days** after being served with the summons and complaint."

Furthermore, the Plaintiff has already been **Granted** leave to proceed in forma pauperis under **28 U.S.C. § 1915,** and accordingly requests service by the U.S. Marshal pursuant to § 1915(d) and Rule 4(c)(3) of the Federal Rules of Civil Procedure.

The Plaintiff respectfully requests that the United States Marshal be directed to serve the summons and complaint on the defendant at the following address, which is the defendant's last known place of employment:

**Fort Bend County Sheriff's Office**
**1840 Richmond Parkway**
**Richmond, TX 77469**
**Phone: (281) 341-4665**
https://www.fortbendcountytx.gov

**Personal service at this address is requested.** Should the Marshal be unable to complete service at this location, Plaintiff respectfully reserves the right to seek leave for **alternative service** pursuant to applicable federal law.

In addition to the foregoing, Plaintiff respectfully requests that the Clerk of Court send a courtesy copy of the summons and complaint via email to the attorneys for the Defendant, Rolf F. Krueger (**rolf.krueger@fortbendcountytx.gov**) and Andrew F. Wipke (**andrew.wipke@fortbendcountytx.gov**), who represented the defendant in a prior related matter **(4:25-CV-00169)**, at the Fort Bend County Attorney's Office, 401 Jackson Street, 3rd Floor, Richmond, Texas 77469, as an additional measure to ensure notice. while maintaining that the official service shall be effected by the United States Marshal on the Defendant at the designated address.

2

**Finally**, the Plaintiff is hereby submitting, in accordance with the Court's Order **[Docket #3]**, the following:

1. The completed Summons and **USM-285** forms for the defendant;

2. A copy of the filed Complaint **[Docket #1]**.

3. the completed summons

4. JS 44 Civil Cover Sheet

Accordingly, Plaintiff respectfully requests that the Court issue the summons and direct the United States Marshal to serve the summons, complaint, and this order upon the defendant at the designated address, pursuant to Rule 4 of the Federal Rules of Civil Procedure and the local rules of this Court.

Respectfully submitted,

Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
14400 US-59, Humble, unit 1409
TX 77396
Email:
M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972
Date : August 1st, 2025
Signtuer: