IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, | § § § § |
| Plaintiff, | § CIVIL ACTION NO. H-25-3554 |
| v. | § § |
| DEPUTY GUSTAVO A RUIZ-ALMARAZ, | § § § |
| Defendant. | § § |

# ORDER

The pro se plaintiff, Mahmoud Abdelaziz Abdelsattar, has moved this court to expedite proceedings. (Docket Entry No. 4). Mr. Abdelsattar asks the court to "expedite the litigation schedule" or to set "early deadlines for responsive pleadings, case management, and potential resolution," (*id.* at 3-4), because he is an Egyptian national and must return to Egypt in October 2025.

Mr. Abdelsattar has yet to serve the defendant in this civil rights case, a Fort Bend County deputy. The court is unable to set a discovery schedule or other deadlines until the defendant has been served. The motion to expedite, (Docket Entry No. 4), is denied.

SIGNED on August 5, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge