UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 2 0 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, Plaintiff, | § § § § | |
| VS. | § | CIVIL ACTION NO.4:25-CV-03554 |
| GUSTAVO A RUIZ-ALMARAZ, Defendant. | § § § § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY VIA CM/ECF

   NOW COMES the Plaintiff, Mahmoud Abdelaziz Abdelsattar, appearing pro se, and respectfully moves this Honorable Court for leave to file documents electronically using the Case Management/Electronic Case Files (CM/ECF) system, pursuant to the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, the Court's inherent authority, and in the interest of justice. Plaintiff seeks this access as a non-attorney pro se litigant due to extraordinary circumstances that demonstrate good cause. In support of this Motion, Plaintiff states as follows:

1. Plaintiff is an Egyptian national, currently present in the United States on a temporary basis, and is a doctoral candidate and research fellow at Cairo University. Plaintiff is scheduled to defend his Ph.D. dissertation on October 13, 2025, in Cairo, Egypt, necessitating his departure from the United States no later than October 1, 2025.

2. Plaintiff is representing himself pro se and faces significant logistical, financial, and legal challenges due to his non-resident status, lack of legal training, limited access to procedural resources, and lack of income since the alleged incident on October 2, 2024.

3. On July 25, 2025, Plaintiff filed a Motion to Expedite Proceedings in this matter, citing his imminent departure and the severe academic and professional consequences of delay. However, on August 5, 2025, this Honorable Court denied the Motion to Expedite because the Defendant has not yet filed a responsive pleading, and the U.S. Marshal has not yet served the summons and complaint. This denial indicates that the case will proceed on a standard timeline, which may extend over a prolonged period, further exacerbating Plaintiff's challenges in managing filings from abroad.

4. This matter stems from a prior related case filed before this Court under Case No. 4:25-cv-00169, which was dismissed without prejudice due to service-related issues after seven months of Plaintiff's diligent, good-faith efforts to effect service. In that case, Plaintiff was granted in forma pauperis status, but administrative communication gaps led to procedural complications, including independent service attempts that ultimately failed.

5. Plaintiff was compelled to return to the United States at his own expense to refile this action, incurring significant financial and personal hardship. Remaining in the United States without financial or institutional support imposes substantial personal and financial risk, and delaying his departure beyond October 1, 2025, could result in forfeiting his dissertation defense, delaying his doctoral degree by at least one academic year, and causing severe consequences.

6. In the previous case, Plaintiff encountered substantial difficulties with physical mail filings, which severely hindered timely participation in the litigation. Documents sent via international mail typically took 15 days or more to reach the Court Clerk, with additional delays in entering the documents into the Court's system. There were also risks of lost packages, which could lead to missed deadlines and further procedural complications.

7. The costs associated with physical filings from Egypt are prohibitive given Plaintiff's financial hardship. Standard international mail costs approximately $150 and is advertised to arrive in 5 business days, but in practice, it takes 15 days or more due to customs, processing, and delivery delays. Express mail services cost approximately $300 and are advertised to arrive in 3 business days, but effectively take 10 days or more when accounting for weekends, holidays, and the time required for the Court to receive, process, and docket the documents.

8. These mail-related issues—delays, risks of loss, and high costs—pose a significant barrier to Plaintiff's ability to respond to Court orders, file motions, or meet deadlines in a timely manner, especially after his departure from the United States. Without electronic filing access, Plaintiff risks default or dismissal due to unavoidable logistical constraints, undermining his right to access the courts and pursue this action.

9. Although the CM/ECF system is typically restricted to licensed attorneys, Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, along with Local Rule 5.1 and CM/ECF administrative procedures, allows the Court to authorize electronic filing for pro se litigants upon request and with good cause shown. In this case, Plaintiff respectfully submits that the Court has full discretion to grant such access in light of his particular circumstances.

10. Granting electronic filing access would alleviate these burdens, ensure timely and efficient litigation, reduce costs to Plaintiff and the Court (by eliminating the need for scanning physical documents), and promote the interests of justice under Rule 1 of the Federal Rules of Civil Procedure, which emphasizes a just, speedy, and inexpensive determination of actions.

Accordingly, the principles of fairness of the foregoing, Plaintiff respectfully requests that this Court grant him leave to register and file electronically via CM/ECF, including providing any necessary instructions or requirements for registration, such as linking a PACER account.

**WHEREFORE**, Plaintiff respectfully prays that this Honorable Court grant this Motion for Leave to File Electronically via CM/ECF and issue an order approving such access consistent with Plaintiff's circumstances.

                                          Respectfully submitted,

                                          //s// Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
14400 US-59, Humble, unit 1409
TX 77396
Email: M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972
Date: August 20, 2025

4