UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, Plaintiff, | § § § § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-03554 |
| GUSTAVO A RUIZ-ALMARAZ, Defendant. | § § § § | |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ELECTRONIC FILING ACCESS CM/ECF

Before the Court is Plaintiff's Motion for Leave to Access the Court's CM/ECF Electronic Filing System. The Court, having considered the motion, the circumstances presented therein, and pursuant to the authority granted under Federal Rule of Civil Procedure 5(b)(2)(E) and the Local Rules of the Southern District of Texas, finds that good cause has been shown to permit electronic filing by Plaintiff, who is proceeding pro se.

Accordingly, it is hereby:

ORDERED that Plaintiff MAHMOUD ABDELAZIZ is **GRANTED** access to file electronically through the CM/ECF system in this case; IT IS FURTHER ORDERED that the Clerk of Court shall provide Plaintiff with the necessary instructions and registration information to enable electronic filing and service in this matter.

SIGNED this ___ day of _____, 2025.

The Honorable Lee H. Rosenthal

United States District Judge

## Approve

//s// Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
14400 US-59, Humble, unit 1409
TX 77396
Email: <u>M.Abdelaziz.eg.com@gmail.com</u>
Phone: +1-631-739-5972
Date: August 20, 2025