# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR | RECEIVED UNITED STATES MARSHAL | 4:25-cv-03554 |
| DEFENDANT | | TYPE OF PROCESS |
| GUSTAVO A RUIZ-ALMARAZ | 2025 AUG -1 PM 1:45 | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GUSTAVO A. RUIZ-ALMARAZ     SOUTHERN DIST. S/TX

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Fort Bend County Sheriff's Office, 1840 Richmond Parkway, Richmond, TX 77469

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Mahmoud Abdelaziz Abdelsattar
14400 US-59, Humble, unit 1409, TX 77396
+1-631-739-5972
Email: M.Abdelaziz.eg.com@gmail.com

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Defendant, Gustavo A. Ruiz-Almaraz, is a Patrol Deputy employed at the Fort Bend County Sheriff's Office, located at 1840 Richmond Parkway, Richmond, TX 77469. He may be located at this office or contacted through the office for service.

Personal Service, Individual Capacity.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: +1-631-739-5972
DATE: 7/31/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 7a
District to Serve No. 7a
Signature of Authorized USMS Deputy or Clerk: Karen Flores
Date: 8/7/2025

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 8/25/25   Time: 10:43 [X] am [ ] pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: Shanni M. Nelson #30207

Costs shown on attached USMS Cost Sheet >>

**REMARKS:**
Endeavor 2
P/S via email, recieved response from defendant verifying reciept, (see attached)
Endeavor 1 - 8/20/25 @ 10:30 AM - LMTC w/Officer @ desk
Service fee: 65.00
R/T miles: 52 miles

United States Courts
Southern District of Texas
FILED
AUG 26 2025
Nathan Ochsner, Clerk of Court

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-03554

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: P/S via email


My fees are $ _____ for travel and $ $650.00 for services, for a total of $ 0.00 .
52 miles R/T

I declare under penalty of perjury that this information is true.

Date: 8/25/25

_Shanna M. Nelson_
**Server's signature**

Shana M. Nelson, Ousm
**Printed name and title**

515 Rusk, Houston, TX 77002
**Server's address**

Additional information regarding attempted service, etc:

P/S via email

**Nelson, Shanna (USMS)**

| | |
|---|---|
| From: | Ruiz-Almaraz, Gustavo ████████████████ |
| Sent: | Monday, August 25, 2025 10:41 AM |
| To: | Nelson, Shanna (USMS) |
| Subject: | [EXTERNAL] Re: Federal Summons |

Received

Get Outlook for iOS

---

**From:** Nelson, Shanna (USMS) ████████████████
**Sent:** Monday, August 25, 2025 8:24:55 AM
**To:** Ruiz-Almaraz, Gustavo ████████████████
**Subject:** Federal Summons

Good morning,

Attached is the federal summons we spoke about on Friday. Please respond with "received".
Let me know if you have any questions or concerns.


Deputy Nelson

CAUTION:

This email originated from outside of the organization. 'Shanna.Nelson@usdoj.gov' Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe. Please forward suspicious emails to the IT Service Desk.

1