IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR | § § § § | |
| V. | § | CIVIL ACTION NO.: 4:25-cv-3554 |
| | § § § | |
| DEPUTY GUSTAVO A. RUIZ-ALMARAZ | § § | |

### DEP. RUIZ'S OPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

To the Honorable Court:

Defendant Deputy Gustavo A. Ruiz-Almaraz ("Dep. Ruiz") files this Motion under Rule 6(b) seeking entry of an order extending time to file responsive pleadings to Plaintiff's Original Complaint until October 15, 2025, respectfully showing as follows:

### BACKGROUND

Plaintiff Mahmoud Abdelaziz-Abdelsattar ("Plaintiff") filed his Original Complaint on July 25, 2025, accusing Deputy Ruiz of violating his constitutional rights and seeking money damages.[1] Deputy Ruiz was served on August 25, making his deadline to respond September 15, 2025.[2] *See* Fed. R. Civ. P. 12(a)(1)(C). Although counsel for Dep. Ruiz has initiated an investigation into these allegations and begun drafting a response, there has

---

[1] Pl.'s Orig. Compl. (ECF No. 1-2 filed on Jul. 25, 2025).

[2] *See* Ret. of Serv. (ECF No. 11 filed on Aug. 26, 2025).

not been adequate time to fully analyze Plaintiff's allegations, review the law and evidence, and prepare responsive pleadings, giving rise to this Motion.

## ARGUMENT AND AUTHORITIES

A court may extend the time to file a responsive pleading for good cause. Fed. R. Civ. P. 6(b). To comply with the Federal Rules of Civil Procedure and respond with the required specificity, Deputy Ruiz needs additional time.

Two factors make this request necessary: <u>First</u>, the complexity of the legal issues demands careful analysis of the governing law, review of the available evidence, and interviews with witnesses — tasks that cannot be completed within the current deadline. <u>Second</u>, counsel for Deputy Ruiz faces multiple overlapping obligations with impending deadlines, making it impracticable to prepare an adequate response under the present schedule. These deadlines include, but are not limited to, the following:

- *Atkinson v. Pustilnik, et al.*, **(4:22-cv-04315)**: Five upcoming depositions
    - Sep. 8, 2025: Deposition of third-party witness.
    - Sep. 9, 2025: Deposition of Plaintiff.
    - Sep. 11, 2025: Deposition of third-party witness (tentative).
    - Sep. 15, 2025: Deposition of third-party witness.
    - Sep. 18, 2025: Deposition of third-party witness (tentative).
- *Williams v. Newell* **(25-DCV-325722):** Motion for summary judgment hearing on Sep. 8, 2025.
- *DeBoise, et al., v. Fort Bend County, Texas* **(23-DCV-310695):** Motion hearing on Sep. 12, 2025.
- *Williams v. Christian Becerra, et al.*, **(4:25-cv-02243):** Reply brief due on Sep. 9, 2025 (depending on when, and if, response is filed).

## PRAYER

Accordingly, Dep. Ruiz respectfully requests that this Court grant his Motion and extend time to file his responsive pleading to Plaintiff's Original Complaint to October 15, 2025.

Respectfully submitted,

Bridgette Smith-Lawson
Fort Bend County Attorney

By: */s/ Rolf F. Krueger*
Rolf F. Krueger
Attorney-in-Charge
State Bar No. 24080990
Federal ID No. 3041756
*rolf.krueger@fortbendcountytx.gov*
Andrew F. Wipke
State Bar No. 24090824
Federal ID No. 3920393
*andrew.wipke@fortbendcountytx.gov*
Fort Bend County Attorney's Office
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 (Fax)

ATTORNEYS FOR DEFENDANT
DEP. GUSTAVO A. RUIZ-ALMARAZ

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 2, 2025 I conferred by e-mail with Plaintiff Mahmoud Abdelaziz Abdelsattar regarding this Motion and the relief sought. M. Abdelaziz Abdelsattar indicated that he is OPPOSED to the relief sought.

*/s/ Rolf F. Krueger*
Rolf F. Krueger

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the parties and counsel identified on the attached service list by electronic service on this the 3rd day of September, 2025.

*/s/ Rolf F. Krueger*
Rolf F. Krueger

## SERVICE LIST

Mahmoud Abdelaziz Abdelsattar
14400 US-59, Unit 1409
Humble, Texas 77369
*m.abdelaziz.eg.com@gmail.com*