# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR | § § § § | |
| V. | § | CIVIL ACTION NO.: 4:25-cv-3554 |
| | § § | |
| DEPUTY GUSTAVO A. RUIZ-ALMARAZ | § § | |

## ORDER GRANTING
## DEP. RUIZ'S OPPOSED MOTION TO
## EXTEND TIME TO FILE RESPONSIVE PLEADINGS

Pending before the Court is Defendant Deputy Gustavo A. Ruiz-Almaraz's ("Dep. Ruiz") Opposed Motion to Extend Time to File Responsive Pleadings (the "Motion").

Having considered the Motion, Plaintiff's response to the Motion, Dep. Ruiz's reply to that response, all other related filings and supporting evidence, and any relevant authorities, the Court is of the opinion that the Motion should be and is hereby GRANTED. It is therefore ORDERED, ADJUDGED, and DECREED that:

1. The Motion is Granted.

2. Dep. Ruiz has until **October 15, 2025,** to file a responsive pleading to Plaintiff's Original Complaint.

It is so ORDERED.

_____    _____
Date                                The Honorable Lee H. Rosenthal
                                    United States District Judge