UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 0 4 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, *Plaintiff*, | § § § § § § § § § |
| V. | |
| GUSTAVO A RUIZ-ALMARAZ, *Defendant*. | |

CIVIL ACTION NO. 4:25-cv-03554

## Plaintiff's Opposition to Defendant's Motion to Extend Time to File Responsive Pleadings

NOW COMES Plaintiff, Mahmoud Abdelaziz Abdelsattar, appearing pro se, and respectfully submits this Opposition to Defendant's Opposed Motion for Extension of Time, and states as follows:

1. **Prior Proceedings and Notice to Defendant**

    This case was originally filed on January 8, 2025 (Civil Action No. 4:25-cv-00169) before the Honorable Judge George C. Hanks, Jr. In that matter, Defendant Deputy Gustavo A. Ruiz-Almaraz, through counsel, actively participated by filing motions, legal memoranda, and responses. The case was dismissed on procedural grounds concerning service, not on the merits. Accordingly, Defendant's counsel has been fully aware of the facts, allegations, and evidence for many months.(see Exhibits)

2. **Direct Prejudice to Plaintiff**

    Plaintiff previously moved to expedite proceedings due to pressing circumstances, including

his temporary residence in Texas, significant monthly living expenses of approximately $4,000, and the necessity of traveling abroad for his doctoral defense in Egypt. The Court denied that motion because Defendant had not yet responded. Any further delay at this stage will cause direct and irreparable harm to Plaintiff, who has diligently prosecuted this matter and faces unique hardships as a pro se litigant residing abroad.

3. **Discovery Stage and Practical Constraints**

Granting an extension will postpone the discovery stage. Plaintiff intends to submit timely discovery requests before his departure. Due to significant mailing delays and costs (international filings can take 10–15 days and cost $150–$300 per package), any extension of the response deadline severely hinders Plaintiff's ability to engage in discovery, respond to filings, and prepare his case.

4. **No Substantial Justification for Delay**

Defendant's assertion of complexity or need for additional time is unpersuasive. Defendant's office has already analyzed and litigated these same factual allegations in the prior case. The Court's February 7, 2025 expungement order further confirms that Defendant lacks any substantive evidence supporting his prior actions. Thus, no additional time is necessary to review non-existent evidence or reanalyze facts long known to Defendant. .(see Exhibits)

## PRAYER

For the reasons above, Plaintiff respectfully requests that this Honorable Court **deny Defendant's Opposed Motion for Extension of Time** and require Defendant to file his responsive pleading by the original deadline of **September 15, 2025**, as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

**Respectfully submitted,**

//s// Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
14400 US-59, Humble, unit 1409
TX 77396
Email: <u>M.Abdelaziz.eg.com@gmail.com</u>
Phone: +1-631-739-5972
Date: August 20, 2025

**4:25-cv-00169** Abdelsattar v. Riuz-Almaraz
George C Hanks, Jr, presiding
Date filed: 01/08/2025
Date of last filing: 06/24/2025

# Case Summary

**Office:** Houston
**Jury Demand:** Plaintiff
**Nature of Suit:** 440
**Jurisdiction:** Federal Question
**County:** Harris
**Origin:** 1
**Lead Case:**
**Related Case:**
**Defendant Custody Status:**
**Flag:** CAB

**Filed:** 01/08/2025
**Demand:**
**Cause:** 42:1983 Civil Rights Act
**Disposition:**
**Terminated:**
**Reopened:**
None
4:25-mc-00009

**Other Court Case:** None

**Plaintiff:** Mahmoud Abdelaziz Abdelsattar
**Defendant:** Gustavo A Riuz-Almaraz    represented by    Rolf Frank Krueger, II    **Phone:** 281-341-4555
**Email:** rolf.krueger@fortbendcountytx.gov

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2025 15:30:59 | | | |
| PACER Login: | abdelaziz | Client Code: | |
| Description: | Case Summary | Search Criteria: | 4:25-cv-00169 |
| Billable Pages: | 1 | Cost: | 0.10 |

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:25-cv-00169

| | |
|---|---|
| Abdelsattar v. Riuz-Almaraz | Date Filed: 01/08/2025 |
| Assigned to: Judge George C Hanks, Jr | Jury Demand: Plaintiff |
| Related Case: 4:25-mc-00009 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

Mahmoud Abdelaziz Abdelsattar     represented by     **Mahmoud Abdelaziz Abdelsattar**
155 Royal Rd NW Unit 416
Edmonton, AB T6J 2E9
Canada
1-631 739-5972
Email: M.Abdelaziz.eg.com@gmail.com
PRO SE

V.

**Defendant**

Officer Gustavo A Riuz-Almaraz     represented by     **Rolf Frank Krueger , II**
*Sugarland Police Department*                                       Fort Bend County Attorney's Office
401 Jackson Street
3rd Floor
Richmond, TX 77469
281-341-4555
Email: rolf.krueger@fortbendcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2025 | 1 | COMPLAINT against Gustavo A Riuz-Almaraz filed by Mohammed Abdelaziz Abdelsattar. Application to proceed In Forma Pauperis granted January 8, 2025 by the Honorable George C. Hanks, Jr. (Attachments: # 1 Exhibit) (jld4) Modified on 1/16/2025 (cng4). (Entered: 01/14/2025) |
| 01/14/2025 | | Referral Judge Selected: Magistrate Judge Christina A. Bryan randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction of the Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet. (jld4) (Entered: 01/14/2025) |
| 01/14/2025 | 2 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (jld4) (Entered: 01/14/2025) |
| 01/14/2025 | 3 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (jld4) (Entered: 01/14/2025) |

| | | | filed. (jld4) (Entered: 01/14/2025) |
|---|---|---|---|
| 01/16/2025 | | 5 | MOTION for PACER Fee Exemption by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 2/6/2025. (bli4) (Entered: 01/16/2025) |
| 01/16/2025 | | 6 | Certified Mail Receipt Returned - receipt attached, access restricted to court users for privacy reasons -, filed. (bli4) (Entered: 01/16/2025) |
| 01/16/2025 | | 7 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 4/21/2025 at 10:15 AM by video before Magistrate Judge Christina A Bryan. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (cng4) (Entered: 01/16/2025) |
| 01/30/2025 | | 8 | ORDER Granting 5 MOTION PACER Fee Exemption. (Signed by Judge George C Hanks, Jr) Parties notified. (knp4) (Entered: 01/30/2025) |
| 02/03/2025 | | 9 | MOTION for Permission to Access the NextGen CM/ECF System by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 2/24/2025. (bkt4) (Entered: 02/04/2025) |
| 02/03/2025 | | 10 | Request for Change of Address by Mahmoud Abdelaziz Abdelsattar, filed. (bkt4) (Entered: 02/04/2025) |
| 02/03/2025 | | 11 | Notice of Financially Interested Parties by Mahmoud Abdelaziz Abdelsattar, filed. (bkt4) (Entered: 02/04/2025) |
| 02/03/2025 | | 12 | Notice to Parties Asserting Federal Jurisdiction in Diversity Cases by Mahmoud Abdelaziz Abdelsattar, filed. (bkt4) (Entered: 02/04/2025) |
| 02/18/2025 | | 13 | ORDER denying 9 Motion for Permission to Access the NextGen CM/ECF.(Signed by Judge George C Hanks, Jr) Parties notified. (knp4) (Entered: 02/18/2025) |
| 04/17/2025 | | 14 | Order Resetting Initial Conference. Initial Conference set for 5/19/2025 at 10:15 AM in by video before Magistrate Judge Christina A Bryan (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 04/17/2025) |
| 04/21/2025 | | 15 | MOTION for Appointment of Counsel by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 5/12/2025. (bli4) (Entered: 04/22/2025) |
| 04/21/2025 | | 16 | MOTION for Arabic Interpreter During Court Proceedings by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 5/12/2025. (bli4) (Entered: 04/22/2025) |
| 04/21/2025 | | 17 | Certificate of Service re the State of Texas, Secretary of State, for the Fort Bend Sherriff Office Internal Affairs Unit, return receipt dated 3/28/2025 and Other EXHIBITS by Mahmoud Abdelaziz Abdelsattar re: 16 , filed. (mew4) Modified on 5/21/2025 (rlm4). (Entered: 04/23/2025) |
| 04/21/2025 | | 18 | SUPPLEMENTAL Evidentiary Notice and Clarification by Mahmoud Abdelaziz Abdelsattar, filed. (bli4) (Entered: 04/23/2025) |
| 04/21/2025 | | 19 | SUPPLEMENTAL Statement Regarding Video Evidence by Mahmoud Abdelaziz Abdelsattar, filed. (bli4) (Entered: 04/23/2025) |
| 04/21/2025 | | 20 | NOTICE and MOTION to Include Sheriff's Office as a Responsible Party by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 5/12/2025. (bli4) (Entered: 04/23/2025) |
| 04/21/2025 | | 21 | DEMAND for Trial by Jury by Mahmoud Abdelaziz Abdelsattar, filed. (bli4) (Entered: 04/23/2025) |
| 04/21/2025 | | 22 | MOTION to Compel Rule 26(f) Conference and Cooperation by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 5/12/2025. (bli4) (Entered: 04/23/2025) |

| | | |
|---|---|---|
| | | Abdelsattar, filed. Motion Docket Date 5/12/2025. (bli4) (Entered: 04/23/2025) |
| 05/05/2025 | 24 | ORDER TO SERVE DEFENDANT. It appears from the record of this case that service of process may not have been made on all Defendants in this lawsuit. Accordingly, Plaintiff is hereby ORDERED to serve all Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure, and to file proof of such service with this Court, on or before June 5, 2025, or else Plaintiff's claims may be dismissed for want of prosecution without further notice. (Signed by Judge George C Hanks, Jr) Parties notified. (dm4) (Entered: 05/06/2025) |
| 05/06/2025 | 25 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Mahmoud Abdelaziz Abdelsattar, filed. (dah4) (Entered: 05/07/2025) |
| 05/14/2025 | 27 | CERTIFICATE OF SERVICE by the Secretary of State of the State of Texas, for the Fort Bend Sheriff Office, return receipt dated 3/28/2025, filed. (anc4) Modified on 5/21/2025 (rlm4). (Entered: 05/20/2025) |
| 05/15/2025 | 26 | Order Resetting Initial Conference. Initial Conference set for 7/21/2025 at 10:15 AM in by video before Magistrate Judge Christina A Bryan (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 05/15/2025) |
| 06/09/2025 | 28 | APPLICATION for Entry of Default against Gustavo A Riuz-Almaraz by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 6/30/2025. (bkt4) (Entered: 06/11/2025) |
| 06/09/2025 | 29 | STATEMENT OF GOOD FAITH AND DILIGENT EFFORTS IN SERVICE OF PROCESS by Mahmoud Abdelaziz Abdelsattar, filed. (bkt4) (Main Document 29 replaced on 6/11/2025) (rlm4). (Entered: 06/11/2025) |
| 06/09/2025 | 30 | NOTICE of Correction to defendant's agency affiliation by Mahmoud Abdelaziz Abdelsattar, filed. (rlm4) (Entered: 06/11/2025) |
| 06/18/2025 | 31 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rule 12b6*, MOTION to Dismiss 1 Complaint, *for Insufficient Service Pursuant to Rules 12b4 and 12b5* ( Motion Docket Date 7/9/2025.) by Gustavo A Riuz-Almaraz, filed. (Attachments: # 1 Appendix Appendix to Ruiz Motion to Dismiss for Insufficient Service, # 2 Proposed Order Order Granting Ruiz Motion to Dismiss for Insufficient Service and for Failure to State a Claim) (Krueger, Rolf) (Entered: 06/18/2025) |
| 06/24/2025 | 32 | MOTION for Leave to File First Amended Complaint, MOTION for Extension of Time for Service, MOTION to Substitute Service on Defense Counsel, (Motion Docket Date 7/15/2025.) by Mahmoud Abdelaziz Abdelsattar, filed. (gc4) (Entered: 06/25/2025) |
| 06/24/2025 | 33 | MOTION for Removal of Case Manager from Further Involvement by Mahmoud Abdelaziz Abdelsattar, filed. Motion Docket Date 7/15/2025. (gc4) (Entered: 06/25/2025) |
| 06/24/2025 | 34 | Plaintiff's PROPOSED ORDER Denying re: 31 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Pursuant to Rule 12b6* MOTION to Dismiss 1 Complaint, *for Insufficient Service Pursuant to Rules 12b4 and 12b5*, filed. (gc4) (Entered: 06/25/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2025 15:22:49 | | | |
| PACER Login: | abdelaziz | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:25-cv-00169 |
| Billable Pages: | 3 | Cost: | 0.30 |

Cause No. 24-DCV-323748

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE 458TH** |
| | § | **DISTRICT COURT OF** |
| **MAHMOUD ABDELAZIZ** | § | **FORT BEND COUNTY, TEXAS** |

<u>**CERTIFICATE OF COMPLIANCE**
**FROM THE FORT BEND COUNTY DISTRICT ATTORNEY'S OFFICE**
**PER COURT ORDER OF EXPUNCTION**
**(TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 55)**</u>

After a diligent search of the District Attorney's records, the following action was taken:

____ No records were found.

_X_ Records were found and were destroyed and deleted in accordance with the above Expunction Order and Tex. Code of Crim. Proc. Art. 55.

____ Records are included in the attached envelope.

Signed this 22nd day of April 2025.

DA #24-010300

Cause No. 24-CCR-241934

BRIAN M. MIDDLETON
District Attorney – Fort Bend County, Texas

By: *[signature]*

Mark LaForge
Assistant District Attorney
State Bar No. 24048600
301 Jackson Street
Richmond, Texas 77469
(281) 341-4460
Mark.LaForge@fortbendcountytx.gov



# Fort Bend County Sheriff's Office

Sheriff Eric Fagan                                       Chief Deputy Mattie Provost

Date: July 11, 2025

Name: Abdelaziz, Mahmoud Abdelaziz Abdelsattar

Identification: United Arab Emirates Federal Authority Golden Card #784-1993-7350785-6

Date of Birth: March 14, 1993

Address: 1502 Enclave Pkwy 608
         Houston, TX 77077

To Whom It May Concern,

The above subject has been checked by name and date of birth through the files of the Criminal Records Division and Warrants Division of the Fort Bend County Sheriff's Office in Richmond, Fort Bend County, Texas.

Upon completion of that check, no documented criminal history, arrest records, or outstanding warrants were found to be on file with this agency.

**The information provided is only for violations that may have been handled by this agency since April 20, 1995. Information for violations for other agencies or violations occurring before the date stated are not included.**

Sincerely,

*[signature]*

Marisa Mathews, Records Specialist
Fort Bend County Sheriff's Office-Records Division
Fort Bend County, Texas

Signature subscribed and sworn to before me the undersigned authority on this the __11__ day of __July__, 2025.

ANGELA THOMPSON
Notary Public, State of Texas
Comm. Expires 03-27-2027
Notary ID 134273542

*[signature]*
Notary Public In and For
Fort Bend County, Texas

Records Division
1410 Richmond Parkway, Richmond, Texas 77469
281.341.4625**Fax: 832.471.2472

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR,<br>*Plaintiff,*<br><br>V.<br><br>GUSTAVO A RUIZ-ALMARAZ,<br>*Defendant.* | § § § § § § § § § | CIVIL ACTION NO. 4:25-cv-03554 |

# [PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pending before the Court is Defendant's Motion for Extension of Time to File a Responsive Pleading. Having considered the motion, Plaintiff's Opposition, the record, and applicable law, the Court concludes that the motion lacks sufficient justification and that further delay would cause undue prejudice to the Plaintiff.

Accordingly, it is hereby ORDERED that:

1. Defendant's Motion for Extension of Time is **DENIED**;

2. Defendant shall file his responsive pleading within the original deadline set by the Federal Rules of Civil Procedure;

It is so ORDERED.

_____  _____
Date                                                                The Honorable Lee H. Rosenthal
                                                                         United States District Judge