AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-03554

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy Gustavo A Ruiz-Almaraz c/o Penni Fields

was received by me on *(date)* August 27, 2025

☒ I personally served the summons on the individual at *(place)* 1521 Eugene Heimann Cir, Richmond, TX. 77469 Fort Bend County on *(date)* Aug. 27, 2025; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8-27-25

Server's signature

D. MORIN #1408
Printed name and title
Fort Bend County
Constable Patrick Quincy
Precinct #4

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Mahmoud Abdelaziz Abdelsattar ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 4:25-cv-03554 |
| Deputy Gustavo A Ruiz-Almaraz ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

FORT BEND COUNTY
CONSTABLE Patrick Quincy
PRECINCT FOUR
2025 AUG 27 AM 8:36

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Deputy Gustavo A Ruiz-Almaraz
Fort Bend County Sheriff's Office
1840 Richmond Parkway
Richmond, TX 77469
Phone: (281) 341-4665

United States Courts
Southern District of Texas
FILED
SEP 15 2025
Nathan Ochsner, Clerk of Court

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mahmoud Abdelaziz Abdelsattar
14400 US-59, Humble, unit 1409
TX 77396
Email: M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/01/2025                                   _____
                                                    *Signature of Clerk or Deputy Clerk*

Mahmoud Abdelaziz Abdelsattar
14400 US-59, Humble, unit 1409 TX 77396
m.abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972
Date: August 21, 2025,

Constable Patrick Quincy
Fort Bend County Constable Precinct 4
301 Jackson Street, Richmond, TX 77469

## Re: Request for Service of Summons and Complaint

## Federal Civil Case 4:25-cv-03554

Dear Constable 4,

I am writing as the Plaintiff in the above-referenced federal civil action, appearing pro se (representing myself), to request your office's assistance in serving the attached Summons and Complaint upon the Defendant, Gustavo A. Ruiz-Almaraz, a Sheriff's Deputy employed at the Fort Bend County Sheriff's Office. I have been granted leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 by the United States District Court, which exempts me from paying fees for service of process. A copy of the Court's Order granting IFP is attached for your reference.

The defendant to be served is:

>**Deputy Gustavo A. Ruiz-Almaraz**
>**Fort Bend County Sheriff's Office**
>**1840 Richmond Parkway**
>**Richmond, TX 77469**

The Defendant is being sued in his individual capacity for alleged constitutional violations under 42 U.S.C. §1983. Personal service is requested to ensure compliance

with federal and state rules. If service cannot be completed at this location, please note the reason and return the documents to me.

Upon completion of service, please prepare and file a Proof of Service (or Certificate of Service) directly with the Clerk of the Court at the United States District Court, Southern District of Texas, Houston Division, at the following address:

**Clerk of Court ( CIVIL ACTION NO. 4:25-cv-03554)**
**United States District Court – Southern District of Texas**
**515 Rusk Street, Room 5300**
**Houston, TX 77002**
**Phone: (713) 250-5500**

Please find enclosed the following documents: **1. the Summons issued by the Court. 2. the Complaint filed in the case.** 3. Order Scheduling the Rule 16 Conference

Additionally, please notify me personally of the completion of service by emailing me at [m.abdelaziz.eg.com@gmail.com] This will allow me to track the progress of the case efficiently.

I appreciate your assistance in this matter and your prompt attention to serving these documents. If you need any additional information or clarification, please contact me at the phone number or email provided above.

Thank you for your service to the community and for facilitating this process.

**Respectfully submitted,**

//s// Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
14400 US-59, Humble, unit 1409
TX 77396
Email: M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972

2

Case 4:25-mc-01395   Document 3   Filed on 07/31/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, Plaintiff, | § § § § |
| VS. | § MISCELLANEOUS ACTION NO. 4:25-MC- §01395 § |
| GUSTAVO A RUIZ-ALMARAZ, Defendant. | § § § |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED**: The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

1 / 2

☒ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. It's the responsibility of the Plaintiff to prepare and have one summons issued for each of the defendants named in your complaint pursuant to Fed. R. Civ. P. 4. The AO 440 Summons form is available on the U.S. Courts website, www.uscourts.gov, in the Forms section. You are also responsible for service of the summons and complaint unless otherwise ordered by the court. If you do not have summons issued and served within 90 days of the filing of your complaint, the court may dismiss the case.

☐ Denied:

This application is denied for these reasons:

SIGNED at Houston, Texas on July 31, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE