UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 1 7 2025

Nathan Ochsner, Clerk of Court

MAHMOUD ABDELAZIZ § 
ABDELSATTAR, §
*Plaintiff,* §
§
V. § CIVIL ACTION NO. 4:25-cv-03554
§
GUSTAVO A RUIZ-ALMARAZ, §
*Defendant.* §

# PLAINTIFF'S MOTION FOR EXEMPTION FROM PACER FEES

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Mahmoud Abdelaziz Abdelsattar ("Plaintiff"), appearing pro se, respectfully moves this Court for an exemption from PACER fees pursuant to 28 U.S.C. § 1914(b), the Judicial Conference fee schedule, and this Court's inherent authority to ensure equal access to justice.

## I. BASIS FOR REQUEST

1. Plaintiff is currently proceeding pro se and has been granted leave to proceed in forma pauperis, or otherwise qualifies due to financial hardship.

2. Plaintiff has no attorney of record and must rely personally on PACER to access docket entries, filings, and orders in this case.

3. Without exemption, Plaintiff faces undue hardship in monitoring deadlines, responding to motions, and properly prosecuting his case.

4. The Judicial Conference of the United States recognizes that courts may exempt individuals from PACER fees where such access is necessary to avoid unreasonable burdens and to promote public access.

## II. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court grant an order: Exempting him from PACER fees for the duration of this litigation, Directing that all PACER access for this case be provided at no cost, And granting such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

//s// Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
P.O. BOX 2708, Humble.Texas 77347
Email: M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972