# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 17 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, *Plaintiff*, | § § § § |
| V. | § § § § § |
| GUSTAVO A RUIZ-ALMARAZ, *Defendant*. | |

CIVIL ACTION NO. 4:25-cv-03554

# CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order Scheduling the Rule 16 Conference (Docket Entry No. 3, filed July 31, 2025) and Local Rule 7.4 of the Southern District of Texas, the undersigned Plaintiff, appearing pro se, hereby certifies and discloses the following information regarding persons or entities with a direct financial interest in the outcome of this litigation:

1. The following persons or entities are known to have a financial interest in the outcome of this case:

    ○ **Mahmoud Abdelaziz Abdelsattar (Plaintiff, individual)**

2. There are no other persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities (including unincorporated entities such as LLCs or LLPs) that have a financial interest in the outcome of this litigation, to the knowledge of the undersigned. No corporations listed above have securities that are publicly traded.

3. The undersigned has no knowledge of any persons or entities financially interested in the outcome of this litigation on behalf of the Defendant at this time.

4. If any new parties are added, or if additional persons or entities become financially interested in the outcome of this litigation during its pendency, an amended certificate will be filed promptly with the Clerk of Court.

This disclosure is made to enable the Court to evaluate possible disqualification or recusal.

**Respectfully submitted,**

//s// Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
P.O. BOX 2708, Humble.Texas 77347
Email: M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972