UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR,<br>*Plaintiff,*<br><br>V.<br><br>GUSTAVO A RUIZ-ALMARAZ,<br>*Defendant.* | § § § § § § § § § | United States Courts<br>Southern District of Texas<br>F I L E D<br><br>SEP 1 7 2025<br><br>Nathan Ochsner, Clerk of Court<br><br>CIVIL ACTION NO. 4:25-cv-03554 |

## Notice of Change of Address

**To the Clerk of the Court and All Parties of Record:**

Plaintiff, Mahmoud Abdelaziz Abdelsattar, respectfully notifies the Court and all parties of record of a change of address. Effective immediately, all future correspondence, notices, and filings should be sent to the following address:

**MAHMOUD ABDELAZIZ**
**P.O. BOX 2708, Humble.Texas 77347**

This notice is filed to ensure that Plaintiff continues to receive all documents, notices, and orders of the Court in a timely manner.

**Respectfully submitted,**

//s// Mahmoud Abdelaziz Abdelsattar
Pro Se Plaintiff
P.O. BOX 2708, Humble.Texas 77347
Email: M.Abdelaziz.eg.com@gmail.com
Phone: +1-631-739-5972