# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Mahmoud Abdelaziz Abdelsattar, | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | CIVIL ACTION NO. H- 4:25-cv-03554 |
| Deputy Gustavo A Ruiz-Almaraz, | § § § | |
| Defendant(s). | § | |

## PROPOSED SCHEDULING AND
## DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. __December 15, 2025.__  **MOTIONS TO ADD NEW PARTIES**
   The attorney causing the addition of new parties will provide copies of this Order to new parties.

2. __December 15, 2025.__  **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
   Parties filing motions after this deadline must show good cause.

3a. __January 15, 2026.__  **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
   The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b. __February 15, 2026.__  The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. __February 28, 2026.__  **MEDIATION**
   Mediation or other form of dispute resolution must be completed by this deadline.

5. __February 28, 2026.__  **COMPLETION OF DISCOVERY**
   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of

|   |   |   |
|---|---|---|
|   |   | Civil Procedure the response would not be due until after the deadline. |
| 6. | March 31, 2026. | **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**<br>No motion may be filed after this date except for good cause |
| 7. | May 1, 2026. | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 8. | June 1, 2026 | **DOCKET CALL**<br>Docket Call will be held at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable. |

Signed on_____, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge