# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR | § § § § | |
| V. | § | CIVIL ACTION NO.: 4:25-cv-03554 |
| | § § | |
| DEPUTY GUSTAVO A. RUIZ-ALMARAZ | § § | |

## SCHEDULING ORDER

The following scheduling order shall apply to this case unless modified by the Court or agreement of the parties

Anticipated length of trial is 3-days (Jury Trial).

December 15, 2025    **Motions to Add New Parties**
The attorney causing the addition of new parties will provide copies of this Order to new parties.

December 15, 2025    **Motions for Leave to Amend Pleadings**
Parties filing motions after this deadline must show good cause.

January 15, 2026    **Experts on Matters Other than Attorney's Fees**
The plaintiff (of the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

March 16, 2026    The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| June 19, 2026 | **Mediation**<br>Mediation or other form of dispute resolution must be completed by this date. |
| May 29, 2026 | **Completion of Discovery**<br>Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. |
| June 29, 2026 | **Pretrial Dispositive Motions Deadline**<br>No motion may be filed after this date except for good cause. |
| TBD | **Joint Pretrial Order and Motion in Limine**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| TBD | **Docket Call**<br>Docket call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable |

It is so ORDERED.

_____    _____

Date                                                Judge Lee H. Rosenthal
                                                        Chief United States District Judge