# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR | § § § § | |
| V. | § | CIVIL ACTION NO.: 4:25-cv-03554 |
| | § § | |
| DEPUTY GUSTAVO A. RUIZ-ALMARAZ | § § | |

## DEP. RUIZ'S CERTIFICATE OI INTERESTED PERSONS

To the Honorable Court:

Defendant Deputy Gustavo A. Ruiz-Almaraz ("Dep. Ruiz") files this Certificate of Interested Persons, identifying all persons or entities that are financially interested in the outcome of this litigation:

1. **Plaintiff**
   Mahmoud Abdelaziz Abdelsattar
   P.O. Box 2708
   Humble, Texas 77347

2. **Defendant**
   Deputy Gustavo A. Ruiz-Almaraz
   c/o Rolf F. Krueger
   Fort Bend County Attorney's Office
   401 Jackson Street, 3rd Floor
   Richmond, Texas 77469

Respectfully submitted,

Bridgette Smith-Lawson
Fort Bend County Attorney

By: */s/ Rolf F. Krueger*
    Rolf F. Krueger
    Attorney-in-Charge
    State Bar No. 24080990
    Federal ID No. 3041756
    *rolf.krueger@fortbendcountytx.gov*
    Andrew F. Wipke
    State Bar No. 24090824
    Federal ID No. 3920393
    *andrew.wipke@fortbendcountytx.gov*
    Fort Bend County Attorney's Office
    401 Jackson Street, 3rd Floor
    Richmond, Texas 77469
    (281) 341-4555
    (281) 341-4557 (Fax)

ATTORNEYS FOR DEFENDANT
DEP. GUSTAVO A. RUIZ-ALMARAZ

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served on the parties and counsel identified on the attached service list by electronic service on this the 6th day of October, 2025.

        */s/ Rolf F. Krueger*
        Rolf F. Krueger

## SERVICE LIST

Mahmoud Abdelaziz Abdelsattar
14400 US-59, Unit 1409
Humble, Texas 77369
*m.abdelaziz.eg.com@gmail.com*