# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Mahmoud Abdelaziz Abdelsattar

v.  Case Number: 4:25−cv−03554

Gustavo A Ruiz−Almaraz

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/20/2025

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 9, 2025  Nathan Ochsner, Clerk