IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mahmoud Abdelaziz Abdelsattar, | § | |
| | § | |
| *Plaintiff(s)*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-03554 |
| | § | |
| Gustavo A Ruiz-Almaraz, | § | |
| | § | |
| *Defendant(s)*. | § | |

## ORDER DENYING DEFENDANT'S MOTION FOR ACCESS TO OR USE PLAINTIFF'S EXPUNGED RECORDS

Before the Court is Defendant Deputy Gustavo A. Ruiz-Almaraz's Motion for Access to and Utilization of Records Subject to Prior Expunction Order (ECF No. 24), and Plaintiff Mahmoud Abdelaziz-Abdelsattar's Opposition thereto.(ECF No. 20, 26).

Having considered the motion, Plaintiff's response (ECF No. 20, 26), the arguments of the parties, and the applicable law, the Court finds that Defendant's motion should be DENIED in its entirety.

## FINDINGS

1. The Court finds that a valid **Order of Expunction** was entered on **February 6, 2025**, by the Fort Bend County District Court, which permanently destroyed and barred the use of all records related to the incident underlying this case.

2. Under **Article 55.03 of the Texas Code** of Criminal Procedure, all expunged records "shall be deemed never to have occurred," and shall not be used, released, or referenced for any purpose by any person or agency.

3. Plaintiff has provided certified **Compliance Certificates** from the Fort Bend County Sheriff's Office and the Fort Bend County District Attorney's Office confirming the destruction of all related records.

4. Defendant has not demonstrated a valid waiver by Plaintiff of his expunction rights. The Court further finds that Plaintiff's filing of this civil rights action does not, on its own, constitute a knowing or voluntary waiver of expunction protections under Texas law.

5. Federal courts are bound by the **Full Faith and Credit Clause (28 U.S.C. § 1738)** and the principles of **comity**, which require deference to final state-court expunction orders.

## ORDER

IT IS THEREFORE ORDERED that:

1. Defendant's Motion for Access to and Utilization of Expunged Records is DENIED in its entirety;

2. All references in Defendant's filings implying that Plaintiff was "charged with assault" are **STRICKEN** from the record;

3. Defendant and his counsel are **PROHIBITED** from accessing, retaining, or using any expunged materials, directly or indirectly, for any purpose in this proceeding;

4. Plaintiff's request for a **Protective Order** ensuring continued compliance with Article 55.03 of the Texas Code of Criminal Procedure is **GRANTED**; and

5. The Court **ADMONISHES** defense counsel for including factual representations inconsistent with the expunction order and certified state records.

IT IS SO ORDERED.

_____          _____
Date                                                                    The Honorable Lee H. Rosenthal
                                                                        Chief United States District Judge