IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. H-25-3554 |
| v. | § § | |
| DEPUTY GUSTAVO A RUIZ-ALMARAZ, | § § § | |
| Defendant. | § § | |

# ORDER

The pro se plaintiff, Mahmoud Abdelaziz Abdelsattar, has moved for a protective order to prevent the defendant from using, disclosing, or referencing the plaintiff's expunged records, (Docket Entry No. 30), until the court adjudicates the pending motions disputing whether the defendant may use those expunged records in this case, (Docket Entry Nos. 24, 26). The court grants in part the plaintiff's motion for a protective order. The parties must file under seal docket entries that use, disclose, or reference the plaintiff's expunged records until the court adjudicates the pending motions on the expunged records.

SIGNED on October 20, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge