IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAHMOUD ABDELAZIZ ABDELSATTAR | § § § § | |
| V. | § | CIVIL ACTION NO.: 4:25-cv-03554 |
| | § § | |
| DEPUTY GUSTAVO A. RUIZ-ALMARAZ | § § | |

**ORDER**

Before the court are Defendant Deputy Gustavo A. Ruiz-Almaraz's ("Dep. Ruiz") Motion for Access to, and Utilization of, Records Subject to Prior Expunction Order (ECF No. 24), Plaintiff's Opposition and request to admonish counsel (ECF No. 26), and Plaintiff's Emergency Motion for Protective Order for Unauthorized Use of Expunged Materials and for Sanctions (ECF No. 30).

Having considered the motions, the responses, arguments, any relevant materials, and the applicable law, the court orders as follows:

1. Dep. Ruiz's Motion for Access to, and Utilization of, Records Subject to Plaintiff's Prior Expunction Order (ECF No. 24) is **GRANTED**.

2. The court holds that, by publicly initiating and litigating this lawsuit challenging the arrest that was the subject of the state-court expunction order, Plaintiff has "unexpunged" all evidence subject to that prior expunction order for purposes of this case.

3. Dep. Ruiz is authorized to access, obtain, and utilize, for purposes of this litigation, all records and evidence subject to Plaintiff's prior expunction order.

4. Any custodians of records or evidence subject to Plaintiff's prior expunction order, including law-enforcement agencies, courts, and other governmental or private entities, are authorized and ordered to release such records and evidence to Dep. Ruiz and his Counsel for use in this case, consistent with this Order.

5. Any records or evidence subject to Plaintiff's prior expunction order that are filed with the Court must be filed under seal, unless the Court orders otherwise.

6. Plaintiff's requests in ECF No. 26 to admonish defense counsel, and for any related relief, are **DENIED**.

7. Plaintiff's Emergency Motion for Protective Order for Unauthorized Use of Expunged Materials and for Sanctions (ECF No. 30) is **DENIED**.

December 4, 2025
Date

The Honorable Lee H. Rosenthal
Senior United States District Judge

**APPROVED AND ENTRY REQUESTED:**

By:/s/ *Rolf F. Krueger*
    Rolf F. Krueger
    Attorney-in-Charge
    State Bar No. 24080990
    Federal ID No. 3041756
    *rolf.krueger@fortbendcountytx.gov*
    Andrew F. Wipke
    State Bar No. 24090824
    Federal ID No. 3920393
    *andrew.wipke@fortbendcountytx.gov*
    Fort Bend County Attorney's Office
    401 Jackson Street, 3rd Floor
    Richmond, Texas 77469
    (281) 341-4555
    (281) 341-4557 (Fax)

ATTORNEYS FOR DEFENDANT
DEPUTY GUSTAVO A. RUIZ-ALMARAZ