Case 4:25-cv-03554

Please Modify doc 37
and Add the motin title
into the record

Mahmoud Abdelaziz

12/04/25

United States Courts
Southern District of Texas
FILED

DEC 04 2025

Nathan Ochsner, Clerk of Court